**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SEATTLE, WA 98101

September 1, 2022

Gabriella Kertesz
9702 1ST AVE NW
SEATTLE, WA 98117

Your civil action *Kertesz v. Ferguson* was filed in the U.S. District Clerk's office at Seattle on September 1, 2022.

Your case has been assigned Case Number **2:22–cv–01228–RAJ,** and has been assigned to Judge Richard A. Jones, Presiding Judge.

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

RAVI SUBRAMANIAN, *Clerk*

s/*Deputy Clerk*

cc: file