No. 2:22-cv-01228-RAJ

Gabriella Kertesz in her individual capacity
Plaintiff

v.

Attorney General Bob Ferguson in his individual capacity
Defendant

FILED ___ ENTERED
LODGED ___ RECEIVED

SEP 09 2022   MV

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

## NOTICE OF DISMISSAL

According to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal *before* the opposing party serves either an answer or a motion for summary judgment. A voluntary dismissal by the plaintiff is a God-honest legitimate dismissal in federal court.

By filing this notice of dismissal, 2:22-cv-01228-RAJ is voluntarily dismissed by the plaintiff. As another lawsuit (2:20-cv-00372-RAJ) by reason of the same subject matter was dismissed in federal court in 2020, this notice of dismissal operates as an adjudication on the merits. This notice of dismissal is proof that the Attorney General has been legitimately excused/spared from having to stand trial in a court of law under God. That sounds like a pardon. God knows, the pardon is deserved.

This notice of appeal signals the end of this trial. After a trial is over, judgment always follows. Glory be to God!

### Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support

1

after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     9/9/2022

Signature of Plaintiff:  *Gabriella Kertesz*

Printed Name of Plaintiff:   Gabriella Kertesz

>9702 1st Ave NW
>Seattle, WA 98117
>Tel: 425-243-2287
>Email: gaboca@gmail.com





Case #: 2:22-cv-01228-RAJ

____ FILED     ____ ENTERED
____ LODGED    ____ RECEIVED

SEP 09 2022   MV
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY